Daniel Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
**COTMAN IP LAW GROUP, PLC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Defendant VICREZ.COM, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORSTEINER, INC., a California corporation, and TOGETHERBUY.COM, a California corporation, dba VORSTEINER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VICREZ.COM, LLC, a California limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:18-cv-00315-AG-RAO <br> Hon. Andrew J. Guilford <br><br> **NOTICE OF SETTLEMENT STATUS** |

///
///
///

TO THE CLERK OF THE COURT:

  The Parties reached an agreement to settle all matters in controversy between them, and executed a written confidential settlement agreement. Per the Court's June 22, 2018 Order (Dkt. No. 17), a copy of each separately-signed signature page for the parties' confidential settlement agreement is attached hereto as **Exhibit A**. Per the terms of the confidential settlement agreement, the Parties entered a Stipulated Injunction.

  We now ask that the Court continue to stay all pending dates by sixty (60) days to allow sufficient time for the fulfillment of the terms of the entered Stipulated Injunction, and subsequent dismissal of the matter with prejudice.

Dated: July 31, 2018    **COTMAN IP LAW GROUP, PLC**

             By: */s/ Jayson S. Sohi*
             Jayson S. Sohi
             *Attorneys for Defendant*
             *Vicrez.com, LLC*

# EXHIBIT A

3.16. <u>No Admission.</u> Neither this Agreement nor any term contained herein shall be construed as an admission by any Party or by any other person or entity of any fault or any liability to any other Party.

3.17. <u>Warranty of Understanding.</u> The undersigned, and each of them, state that they have carefully read the foregoing Agreement, know the contents thereof, and sign the same as their own free act and will on the dates indicated below.

WHEREFORE, the Parties hereto have caused this Agreement to be duly executed and become effective as of the last date set forth below.

DATE: 7/31/18

TOGETHERBUY.COM D/B/A VORSTEINER

By: _____

Its: Secretary

DATE: _____

VICREZ.COM, LLC

By: _____

Its: _____

APPROVED AS TO FORM:

DATE: 7/31/18

RUTAN & TUCKER, LLP
~~MICHAEL D. ADAMS~~ Seth M. Jessee

By: _____
~~Michael D. Adams, Esq.~~ Seth M. Jessee, Esq.
Attorneys for Togetherbuy.com d/b/a Vorsteiner

DATE: _____

COTMAN IP LAW GROUP, PLC
JAYSON S. SOHI

By: _____
Jayson S. Sohi, Esq.
Attorneys for Vicrez.com, LLC

3.16. No Admission. Neither this Agreement nor any term contained herein shall be construed as an admission by any Party or by any other person or entity of any fault or any liability to any other Party.

3.17. Warranty of Understanding. The undersigned, and each of them, state that they have carefully read the foregoing Agreement, know the contents thereof, and sign the same as their own free act and will on the dates indicated below.

WHEREFORE, the Parties hereto have caused this Agreement to be duly executed and become effective as of the last date set forth below.

DATE: _____

TOGETHERBUY.COM D/B/A VORSTEINER

By: _____

Its: _____

DATE: 07/31/2018

VICREZ.COM, LLC

By: Luis Villacrez

Its: Co-owner

APPROVED AS TO FORM:

DATE: _____

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS

By: _____
Michael D. Adams, Esq.
Attorneys for Togetherbuy.com d/b/a Vorsteiner

DATE: 7/31/18

COTMAN IP LAW GROUP, PLC
JAYSON S. SOHI

By: _____
Jayson S. Sohi, Esq.
Attorneys for Vicrez.com, LLC

-5-